# Mark W. Swimelar
## STANDING CHAPTER 12 & 13 TRUSTEE
250 South Clinton Street
2nd Floor
SYRACUSE, NEW YORK 13202

TELEPHONE: (315)471.1499
FAX: (315)471.4811

LYNN HARPER WILSON  
STAFF ATTORNEY

MAXSEN CHAMPION  
STAFF ATTORNEY

**FILED**  
JUN 0 2 2010  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

June 1, 2010

Clerk of Bankruptcy Court  
Alexander Pirnie Federal Building  
10 Broad Street. Room 230  
Utica, NY 13501

**RECEIVED**  
JUN - 2 2010  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

received 6/2/10

RE:    07-61881 Magraw

Dear Clerk:

Enclosed please find check #795228 in the amount of $32.89. Pursuant to the order of confirmation, we have been collecting from the debtor in this case and the debtor has failed to cash debtor refund checks. All attempts to contact and forward checks to this debtor have been unsuccessful. The debtor name and address as listed on the petition is:

Claim No. 999    Name       Andrew Magraw  
                 Address    916 Harper St  
                 Address    Utica, NY 13502

Please deposit this check in the Unclaimed Funds Account for the above named creditor. If you have any questions, please advise.

Very truly yours,

Kristie M. Moore  
Account Clerk

Enc.